IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Lanier M. Hylton**<br>9513 Cameo Street<br>Fredericksburg, Virginia 22408<br><br>**Plaintiff (Pro Se),**<br><br>v.<br><br>**Dr. Benjamin S. Carson, Sr, M.D.**<br>**Secretary**<br>**Department of Housing and**<br>   **Urban Development**<br>451 7TH Street, SW<br>Washington, DC 20410<br><br>   **Defendant.** | Case: 1:17-cv-02535   (H-Deck)<br>Assigned To : Contreras, Rudolph<br>Assign. Date : 11/27/2017<br>Description: Employ. Discrim.   Jury Demand<br><br>**Jury Trial Demanded** |

# COMPLAINT

## PRELIMINARY STATEMENT

1.   This is an employment-related action for violations of the Plaintiff's civil rights by the Federal Housing Finance Agency, under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.* ("Title VII"); The Age Discrimination in Employment Act of 1967 (ADEA) as amended, 29 U.S.C. § 621 et seq; The Rehabilitation Act of 1973, 29 U.S.C. § 701 et seq; and The Americans with Disabilities Act of 1990, 42 U.S.C. § 12101 et seq.

1

2. This case seeks redress for Defendant's employment discriminatory acts. The Plaintiff cooperated in and corroborated an Equal Employment Opportunity claim of an employment discrimination.

## JURISDICTION AND VENUE

3. This Court has jurisdiction pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.* ("Title VII"); the Age Discrimination in Employment Act of 1967 (ADEA) as amended, 29 U.S.C. § 621 et seq; The Rehabilitation Act of 1973, 29 U.S.C. § 701 et seq; and The Americans with Disabilities Act of 1990, 42 U.S.C. § 12101 et seq. and related sections applicable as the United States and/or its agencies are a named defendant to the action.

4. Jurisdiction is proper because Plaintiff has exhausted his administrative remedies. The U.S. Equal Employment Opportunity Commission (EEOC) issued a right to sue (copy attached) letter on August 23, 2017 (i.e., EEOC Certificate of Service stipulates the Commission will presume that this decision was received within five (5) calendar days (i.e., August 28, 2017) after it was mailed) and it was received 90 days or less before this filing.

5. The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1391 because the unlawful employment practices alleged below were committed and/or executed by supervisory personnel of the Department of Housing and Urban Development (the "HUD" or "employer") in the District of Columbia.

## PARTIES

6. The Plaintiff, Lanier M. Hylton, is an adult individual who has a current mailing address of 9513 Cameo Street, Fredericksburg, Virginia 22408-7736, Phone Number (540) 834-0775, FAX Number (540) 834-0776, E-Mail Address mobile.hylton@me.com. Plaintiff is a GS-15, Housing Program Manager, employed by the U.S. Department of Housing and Urban Development (HUD) at 451 7th Street, S.W., Washington, D.C 20410.

7. The Defendant, Dr. Benjamin S. Carson, Sr, M.D., is the Secretary, Department of Housing and Urban Development (HUD), the Defendant is the named defendant herein in his official capacity.

8. The Department of Housing and Urban Development (HUD) engages in commerce for the purposes of Title VII; ADEA; and ADA and qualifies as an employer within the meaning of the statute and regulations at issue.

## STATEMENT OF FACTS

9. The Plaintiff is employed full time by the U.S. Department of Housing and Urban Development (HUD) for approximately 28 years and has worked as Housing Program Manager at the Agency's Headquarters Building, 451 7th Street, SW, Washington, DC 20410.

10. The Plaintiff, Lanier M. Hylton, filed timely applications for the position of Director, Office of Housing Assistance Contract Administration Oversight (HACAO) under vacancy announcements F12-MP-558493-1MB, dated November 23, 2011, and F12-MP-615085-TM and F12-MP-558493-1MB, dated March 15, 2012.

## CLAIMS FOR RELIEF

11. A fair reading of the record reveals that Plaintiff alleged that the Defendant subjected him to unlawful employment discrimination in violation of Title VII of the Civil Rights Act of 1964 (Title VII), as amended, 42 U.S.C § 2000e et seq., Section 501 of the Rehabilitation Act of 1973 (Rehabilitation Act), as amended, 29 U.S.C § 791 et seq., and the Age Discrimination in Employment Act of 1967 (ADEA), as amended, 29 U.S.C § 621 et seq.

## COUNT 1

12. On December 21, 2011, the Plaintiff filed a formal complaint alleging that the Agency subjected him to discrimination on the bases of: [i] race (African-American); [ii] disability (paraplegia); and [iii] age (+40), when the Agency cancelled the vacancy announcement F12-MP-558493-1MB with a non-selection.

## COUNT 2

13. On April 26, 2012, the Plaintiff alleges discrimination when he received a notification from USAJobs that a "Another candidate was selected for this position" Director, Office of Housing Assistance Contract Administration Oversight, under vacancy announcements F12-MP-615085-TM and F12-MP-558493-1MB.

## PRAYERS FOR RELIEF

14. Plaintiff adopts and incorporates by reference the averments of the preceding paragraphs as fully set forth herein.

15. The Plaintiff is entitled to relief under employment discrimination in violation of Title VII of the Civil Rights Act of 1964 (Title VII), as amended, 42 U.S.C § 2000e et seq., Section 501 of the Rehabilitation Act of 1973 (Rehabilitation Act), as amended, 29 U.S.C § 791 et seq., and the Age Discrimination in Employment Act of 1967 (ADEA), as amended, 29 U.S.C § 621 et seq.

16. Plaintiff respectfully requests that the Court enter judgment in his favor and against the Defendant and direct the following relief:

    a. A declaratory judgment that Defendant discriminated against the Plaintiff, as alleged herein;

    b. For a monetary judgment representing compensatory damages, including lost wages, and all other sums of money, including retirement benefits and other employment benefits, together with interest thereon;

c. For a monetary judgment representing liquidated damages for the Defendants' willful violations of Title VII of the Civil Rights Act of 1964 (Title VII), as amended, 42 U.S.C § 2000e et seq., Section 501 of the Rehabilitation Act of 1973 (Rehabilitation Act), as amended, 29 U.S.C § 791 et seq., and the Age Discrimination in Employment Act of 1967 (ADEA), as amended, 29 U.S.C § 621 et seq., and any related statutes, regulations and rights;

d. For a monetary judgment representing prejudgment interest;

e. That the Court retain jurisdiction over this action until the Defendant has fully complied with Orders of this Court and that the Court require Defendant to file such reports as may be necessary to supervise such compliance;

f. For costs of suit, including an award of reasonable attorneys' fees; and

g. For such other and further relief, as may be just and proper.

## JURY DEMAND

17.     The Plaintiff herein hereby demands a trial by jury on all issues in this action.

**WHEREFORE,** the Plaintiff respectfully requests that the Court enter judgment in his favor and against the Defendant.

Date: November 24, 2017                           Respectfully Submitted,

*[signature]*

Lanier M. Hylton

Plaintiff [Pro Se]